IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ROBERT MARK PURCHASE,**
    Petitioner,

vs.                      Case No. 5:07cv268/RS/MD

**JAMES MCDONOUGH,**
    Respondent.

---

**O R D E R**

    This cause is before the court upon petitioner filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (doc. 1). Petitioner is currently incarcerated at Washington Correctional Institution in Chipley, Florida. He challenges his conviction for kidnaping while armed and carjacking with a deadly weapon (doc. 1, p. 1). The court which entered the judgment of conviction under attack is the Circuit Court of St. Lucie County, Florida. Pursuant to 28 U.S.C. § 2241(d), the court considers it to be in the interest of justice to transfer this case to the United States District Court for the Southern District of Florida, which is the district within which the state court was held which convicted and sentenced petitioner.

    Accordingly, it is therefore ORDERED:

    The clerk shall transfer this case to the United States District Court for the Southern District of Florida.

    DONE AND ORDERED this 3rd day of December, 2007.

                               /s/ *Miles Davis*
                               **MILES DAVIS**
                               **UNITED STATES MAGISTRATE JUDGE**